IN THE UNITED STSTAES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Jerome S. Garcia, | ) | Case No.3:19-cv-01934-JMC-SVH |
| Plaintiff, | ) | |
| v. | ) | **ATTEMPT TO CONSULT** |
| | ) | **TO RESOLVE** |
| Danny Brown, and Addy Perez, | ) | |
| Defendants. | ) | |

Pursuant to Local Civil Rule 7.02 DSC It is my attempt to consult to resolve this matter before Discovery request including subpoenas duces tecum, and further cost to hold a trial where video evidence is clearly in favor of my claim. I believe a 14 day to respond to this request is reasonable, and if we cannot settle, I am moving forward to get a subpoena for the evidence of the facts. This is filed with the clerk, and mailed to:

Robert D. Garfield
Federal I.D No.7799
P.O. Box 1149 Columbia,
South Carolina 29202
Counsel for Defendants

BY: Jerome Garcia
1412 Pinson Street
Columbia, SC 29203
Pro se
Phone (803)904-9293